

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 2 0 2016

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 6:16CR 38 <br> Judge Clark/Mitchell |
| IVAN MARSHAN VENEGAS | § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 8 U.S.C. § 1326(a) & (b)(2)
(Criminal Alien Found Unlawfully Present in the United States After Removal)

On or about May 3, 2016, the defendant **Ivan Marshan Venegas**, an alien, who had previously been removed from the United States, knowingly and unlawfully was found present in the United States, that is, in Smith County, in the Eastern District of Texas, said defendant having not obtained the consent of the Secretary for the Department of Homeland Security of the United States, to reapply for admission into the United States, all in violation of 8 U.S.C. § 1326(a) & (b)(2).

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

_____    7/20/16
ALLEN H. HURST                      Date
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Bar Card No. 10313280

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 6:16CR_____ |
| | § Judge _____ |
| | § |
| IVAN MARSHAN VENEGAS | § |

## NOTICE OF PENALTY

### Count One

| | |
|---|---|
| Violation: | 8 U.S.C. § 1326(a) & (b)(2) (Criminal Alien Found Unlawfully Present in the United States After Deportation). |
| Penalty: | Imprisonment for not more than 20 years, a fine not to exceed $250,000.00, or both; and supervised release of not more than three (3) years. |
| Special Assessment: | $100.00 |